# IN THE SUPREME COURT OF THE STATE OF NEVADA

HARDWOOD FLOORING
LIQUIDATORS, INC., A CALIFORNIA
CORPORATION, D/B/A REPUBLIC
FLOORING,
Appellant,
vs.
TIMOTHY NORTHWAY; AND JILL
NORTHWAY,
Respondents.

No. 75267

FILED

MAY 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court judgment on an arbitration award. Eighth Judicial District Court, Clark County; Kerry Louise Earley, Judge.

Having considered the parties' arguments and the record, we conclude that this court lacks jurisdiction over this appeal. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Brown v. MHC Stagecoach*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). Although the district court's October 17, 2017, Judgment on Arbitration Award is treated as a final judgment under NAR 19(B), that rule also provides that "[a] judgment entered pursuant to this rule . . . may not be appealed" unless "the district court entered a written interlocutory order disposing of a portion of the action." Because the district court in this case did not enter an interlocutory order disposing of a portion of the action, NAR 19(B) prohibits appellant from appealing the October

19-21312

2017 judgment.[1]  As no other statute or court rule provides for an appeal from the October 2017 judgment, this court lacks jurisdiction and we

ORDER this appeal DISMISSED.

_____ C.J.
Gibbons

_____ , J.
Stiglich

_____ , J.
Silver


cc:  Hon. Kerry Louise Earley, District Judge
     Carolyn Worrell, Settlement Judge
     Pintar Albiston LLP
     Brown, Bonn & Friedman, LLP
     Eighth District Court Clerk

---

[1]When this court entered its November 19, 2018, order denying respondents' motion to dismiss, it was unclear whether such an interlocutory order had been entered.